**FILED**
7:36 pm Sep 25 2020
Clerk U.S. District Court
Northern District of Ohio
Toledo

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

  v.

Clifton Ross,

  Defendant.

Case No. 2020 CR 0524

Judge Helmick

Magistrate Judge James R. Knepp II

**WAIVER OF DETENTION HEARING AND ORDER**

____Clifton Ross____, the above named defendant, accused of having violated ____21 USC 841____, advised of the nature of the charge and of his rights, and under advice of counsel, waives in open court his right to a detention hearing and consents that he be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i), but reserves the right to raise the issue of detention at a later date.

_____
Defendant

_____
Counsel for Defendant

IT IS SO ORDERED.

_____
James R. Knepp II
United States Magistrate Judge